UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 97 CR 227-1 |
| VICTOR A. PEREZ, | ) Judge Pallmeyer |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT

Judgment was entered for the plaintiff, and against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois. The judgment has been satisfied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312)469-6008

July 2000